Complaint Under United States District Court Middle
District of Florida
Ocala Division

God Almighty; and
Irwin Hicks, Jr.
Plaintiff(s).

5:23-CV-345-TPB-PRL

Case No:
LT. # 2010CF2816,
      2010CF3056.
DOC's # 23-6-136

vs.

State of Florida, et. Al.,
Defendant(s).

### Petitioner's Civil Rights Complaint

Plaintiff's Complaint is a 5th Amendment's State Violation in this Conviction and it's Inprisonment.

"No Person shall be Twice put in Jeopardy of the Same Offenses." See Constitutional 5th Jeopardy Clause.

State of Florida did use these same 2010 offenses, not only twice but, three times against Plaintiff.

a) October 28, 2010 to May 2, 2011 Ending in An Ambiguous Conclusion. See Florida Statute 775.021(1), but Ended "No Adjudicated Guilt."
Public Record Review is Requested.

b) May 4, 2011 Record was Entered within Lake County Florida Court's Clerk. (A second time same offense is placed against Plaintiff. See May 4, 2011. Records 2011. A Second And New Adjudicated Guilt. Ex. 1, 2.

c) May 9, 2011 Records was Entered within Lake County Court's Clerk. A Third time same offenses is placed Against Plaintiff. See May 9, 2011 Records, A Third Adjudicated Guilt. Ex 3, 4.

PROVIDED TO DESOTO C. I.
ON 5/29/23 FOR MAILING
INMATE INITIALS _____
OFFICER INITIALS _____

iff.) See May 9, 2011 Records. A ~~Third~~ ~~Adjudicated~~ ~~Guilt~~ ~~Second~~ ~~New Start~~. Ex. 3, 4.

c) Florida Department of Corrections Appeal #23-6-132 Reflect a 20 years of Imprisonment imposed 7/15/2014 for those same 2010CF2916 and 2010CF3056 cases.

Plaintiff's claim is straight forward, May 2, 2011 Court did hold the oppertunity to Convict, Sentence and Adjudicate but, fail. And May 2, 2011 Court Released this Plaintiff from those same 2010 Charges, Arrest, Informations and Cases. May 2, About 1:30pm. Review Public Records of May 2, 2011's Adjudication.

Plaintiff claim Clerk's Entered Records, May 4, 2011 and May 9, 2011 is Violating Constitutional 5th Criminal Protections Against Being put in Jeopardy twice for the same offenses.

Plaintiff claim his current Imprisonment is a State's deprivance of the Constitutional Protection of ~~Jeopardy~~ ~~Clue~~ Clause. See 5th Amendment of ~~Jeopardy~~ Requirements.

Plaintiff, states, Although it appears as if the State tended to Convict, Sentence, and Adjudicate Guilt. May 2, 2011 they did not do so. And May 4, 2011, May 9, 2011 Records is in Violation to Constitutional 5th Protections and it's due process. Also 14th

Secondly against this State in this Conviction of Current, is Florida's Statute 775.021(1) Specifics and Criminal Benifits.

## Conclussion

Plaintiff's current Conviction, Sentencing, Adjudication of Guilt to these 2010CF2916 and 2010CF3056 is in Violations of Constitutional 5th and it's due process, as stated and shown throughout this Complaint.

It is not necessary for a criminal conviction over turning to file his suit in this conviction, because May 2, 2011 he did gain his Releasal from these same offenses. And it's a Jeopardy Conviction.

## Relief Sought

Plaintiff, Irwin Hicks, Jr. DC#765645 seek Florida Statute 775.021(1) Benifits as coming from May 2, 2011 Ambiquous Ending. Thus far it is the State that has enjoyed benifits.

Plaintiff seeks complete Removals of 2010CF 2916 and 2010 CF 3056 charges as Convictions and or Adjudications of Guilt off of his Criminal Records and Department of Corrections Record and Any other County or State held Records. And Releasal.

Plaintiff also seek this Court's Ordered damages And their payments in the Amount of $28,000,000.00 As Plaintiff lost to Bussiness, A chance to Produce any more children, Homestead, Futherance in Businesses opportunities, Close bondings with my own children (And 9 year old Sumouria, She was only 2 months old.) I also hold the United State's Patent: Govern the Compose and it's Fruitage to which should have finished Producting by now. The shamefull Reproach you caused me and my kids. The damage this Case and Separation has caused my 9 year old. I must now fight to gain her being under control. A father she only heard about. I hate that and now this State shall Hate that to. Unlawfull Convicting.

Under the Penilty of Perjury I swear to foregoing is the Truth.

Irwin Hicks, Jr.

Plaintiff is sending a copy of this complaint to State of Florida's Insuror Risk Management Insurance.

## Certificate of Service

I, Irwin Hicks, Jr. hereby certify that a copy of foregoing was hand delivered to Desoto Annex's Mail Clerk for mailing to: 1) Risk Management Insurance at: 200 East Gaines Street, Tallahassee, Fl. 32399-0300. 2) Office of State Attorney; at: PL-01, The Capitol, Tallahassee, Fl. 32399-1050 this ___ day of May 2023.

Respectfully,
Irwin Hicks, Jr. #765645
Desoto Annex; C2-128L
13617 S.E. Hwy. 70,
Arcadia, Fl. 34266.

See attached Record of:
A) May 4, 2011 Ex(a) 1 and 2
B) May 9, 2011 Ex(b) 3 and 4
C) DOC's #23-6-132 Appeal. Ex(C)

Ex. (A)

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RE: HICKS, IRWIN    FDC#: 765645    JAN 2 0 2023    APPEAL #: 23-6-00132

Your request for administrative remedy and/or appeal has been received, reviewed and evaluated.

The Department holds Uniform Commitment from Lake County in Case 10-2916, imposed on 7/15/14, Counts 1 and 2, 15 years less 325 days jail credit, Counts 3 and 4, 5 years less 0 days jail credit, consecutive to Counts 1 and 2, for an overall term of 20 years. You were also sentenced in Case 10-3056 to a term of 5 years less 325 days concurrent to Counts 3 and 4 of Case 10-2916.

If you have an issue with your commitment papers, your remedy lies with the sentencing court (see Sykes v. State, 31 So.3d 846 (Fla. 1st DCA 2010) ("The appellant contends that he has been detained unlawfully because his commitment papers do not meet the requirements of section 944.17(5), Florida Statutes. This statute directs the circuit courts to use a uniform commitment form and it specifies the documents that must be transmitted to the Department of Corrections along with the form, but it does not create a cause of action that can be asserted by an inmate.")

It is noted by review of the Lake County Clerk's web site you have filed numerous motions regarding your sentences with no action being taken to amend your original sentences. The Department is bound by the sentencing documents and no changes can be made without direction from the sentencing court.

Based on the foregoing, your request is denied.

_L. Santana_      _T. Bowden_      1/13/23

01/10/23

Signature and Typed or Printed Name Employee Responding (L. Santana)

Signature of Warden Asst. Warden, or Secretary's Representative

Date:

INSTRUMENT#: 2011043939  OR BK 4031  PG 1390  PAGES: 2   5/11/2011 10:29:48 AM
NEIL KELLY, LAKE COUNTY CLERK OF THE CIRCUIT COURT
REC FEES: $0.00

Exhibit (1)

## IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
## IN AND FOR LAKE COUNTY, FLORIDA
## FELONY DIVISION

### JUDGMENT

☐ PROBATION VIOLATOR
☒ RETRIAL
☐ COMMUNITY CONTROL VIOLATOR
☐ RESENTENCE

CASE # 2010 CF 002916

THE STATE OF FLORIDA
VS
IRWIN HICKS JR
DEFENDANT

THE DEFENDANT, IRWIN HICKS JR BEING PERSONALLY BEFORE THIS COURT REPRESENTED BY VIVIONNE BARKER, APD, ATTORNEY OF RECORD, AND THE STATE BEING REPRESENTED BY SARAJANE OLSON, ASA, AND HAVING

☐ Been tried and found guilty
☐ Entered a plea of nolo contendere
☒ Entered a plea of guilty
☐ Admitted Violation
☐ Entered a plea of not guilty

as to the following crime(s):

| COUNT | CRIME | OFFENSE STATUTE # | DEGREE OF CRIME | OBTS # | CASE # |
|---|---|---|---|---|---|
| 1 | SALE OF COCAINE | 893.13(1a1) | 2F | 3501119011 | 2010 CF 002916 |
| 2 | POSSESSION OF COCAINE W/INT TO SELL/DELIVER | 893.13(1a1) | 2F | 3501119011 | 2010 CF 002916 |
| 3 | SALE OF CANNABIS | 893.13(1a2) | 3F | 3501119011 | 2010 CF 002916 |
| 4 | POSSESSION OF CANNABIS WITH INTENT TO SELL | 893.13(1a2) | 3F | 3501119011 | 2010 CF 002916 |

☒ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT the defendant is hereby ADJUDICATED GUILTY of the above crime(s);

☐ and with good cause being shown, IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD;

☒ and having been convicted or found guilty of, or having entered a plea of nolo contendere or guilty, regardless of adjudication, pursuant to section 943.325, Florida Statutes, effective July 1, 2005, any person who is convicted or was previously convicted in this state of any felony offense shall be required to submit two biological specimens to a Florida Department of Law Enforcement designated testing facility for inclusion in the DNA database, the defendant shall submit to the collection of two biological specimens (oral swabs) for DNA testing.

DONE AND ORDERED in open court in LAKE County, Florida this date May 2, 2011.

JUDGE: HONORABLE DON F BRIGGS

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING JUDGMENT AND/OR SENTENCE HAS BEEN FURNISHED TO VIVIONNE BARKER, COUNSEL FOR THE DEFENDANT, THIS 5 DAY OF MAY, 2011.

DEPUTY CLERK
LAKE COUNTY CLERK'S OFFICE

37

INSTRUMENT#: 2011043921   OR BK 4031   PG 1332   PAGES: 2   5/11/2011 10:03:02 AM
NEIL KELLY, LAKE COUNTY CLERK OF THE CIRCUIT COURT
REC FEES: $0.00

Exhibit F. (2)

### IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
### IN AND FOR LAKE COUNTY, FLORIDA
### FELONY DIVISION

## JUDGMENT

2011 MAY -4 P 3: 28
CLERK OF CIRCUIT AND COUNTY COURT
LAKE COUNTY
TAVARES FLORIDA
FELONY DIVISION

☐ PROBATION VIOLATOR
☐ RETRIAL
☐ COMMUNITY CONTROL VIOLATOR
☐ RESENTENCE

CASE # 2010 CF 003056

THE STATE OF FLORIDA
VS
IRWIN HICKS
DEFENDANT

THE DEFENDANT, IRWIN HICKS BEING PERSONALLY BEFORE THIS COURT REPRESENTED BY VIVIONNE BARKER, APD, ATTORNEY OF RECORD, AND THE STATE BEING REPRESENTED BY SARAJANE OLSON, ASA, AND HAVING

☐ Been tried and found guilty
☒ Entered a plea of guilty
☐ Entered a plea of not guilty
☐ Entered a plea of nolo contendere
☐ Admitted Violation

as to the following crime(s):

| COUNT | CRIME | OFFENSE STATUTE # | DEGREE OF CRIME | OBTS # | CASE # |
|---|---|---|---|---|---|
| 1 | POSSESSION OF COCAINE | 893.13(6a) | 3F | 3501119075 | 2010 CF 003056 |

☒ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT the defendant is hereby ADJUDICATED GUILTY of the above crime(s);

☐ and with good cause being shown, IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD;

☒ and having been convicted or found guilty of, or having entered a plea of nolo contendere or guilty, regardless of adjudication, pursuant to section 943.325, Florida Statutes, effective July 1, 2005, any person who is convicted or was previously convicted in this state of any felony offense shall be required to submit two biological specimens to a Florida Department of Law Enforcement designated testing facility for inclusion in the DNA database, the defendant shall submit to the collection of two biological specimens (oral swabs) for DNA testing.

DONE AND ORDERED in open court in LAKE County, Florida this date May 2, 2011.

JUDGE: HONORABLE DON F BRIGGS

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING JUDGMENT AND/OR SENTENCE HAS BEEN FURNISHED TO VIVIONNE BARKER, COUNSEL FOR THE DEFENDANT, THIS 5 DAY OF MAY, 2011.

DEPUTY CLERK
LAKE COUNTY CLERK'S OFFICE



#39
CF

Case 5:21-cv-00360-JLB-PRL   Document 145   Filed 04/27/22   Page 18 of 88 PageID 407

Exhibit (3) A

STATE OF FLORIDA

-VS-

IRWIN HICKS
Defendant

FELONY DIVISION
2011 MAY -9 A 11:00
CLERK OF CIRCUIT
AND COUNTY COURT
LAKE COUNTY
TAVARES FLORIDA

OFFICER: MONAHAN-051
IN THE FIFTH JUDICIAL
CIRCUIT COURT, IN AND FOR
LAKE COUNTY

CASE NUMBER 352010CF002916-01

DC NUMBER 765645

## ORDER OF DRUG OFFENDER PROBATION

This cause coming before the Court to be heard, and you, the defendant, being now present before the court, and you having

☒ entered a plea of guilty to

Count I: **SALE OF COCAINE**          Count II: **POSSESSION OF COCAINE W/INT TO SELL/DELIVER**

Count III: **SALE OF CANNABIS**       Count IV: **POSSESSION OF CANNABIS WITH INTENT TO SELL**

### SECTION 1: JUDGMENT OF GUILT

☒ The court hereby adjudges you to be guilty of the above offense(s).

Now, therefore, it is ordered and adjudged that the imposition of sentence is hereby withheld and that you be placed on Drug Offender Probation for a period of **FIFTEEN (15) YEARS AS TO CTS. I & II, FIVE (5) YEARS AS TO CTS. III & IV DEPARTMENT OF CORRECTIONS SUSPENDED UPON COMPLETION OF FIVE (5) YEARS DRUG OFFENDER PROBATION AS TO CTS. I-IV, EACH COUNT CONCURRENT AS TO PROBATION TERM WITH CREDIT FOR COUNTY JAIL TIME AND GAIN TIME EARNED** under the supervision of the Department of Corrections, subject to Florida law.

IT IS FURTHER ORDERED that you shall comply with the following standard conditions of supervision as provided by Florida law:

(1) You will report to the probation office as directed, no later than the fifth day of each month, unless otherwise directed. You will make a full and truthful report to your officer on the form provided for that purpose.
(2) You will pay the State of Florida the amount of $50.00 per month, as well as 4% surcharge, toward the cost of your supervision in accordance with s. 948.09, F.S., unless otherwise exempted in compliance with Florida Statutes.
(3) You will remain in a specified place. You will not change your residence or employment or leave the county of your residence without first procuring the consent of your officer.
(4) You will not possess, carry or own any firearm. You will not possess, carry, or own any weapons without first procuring the consent of your officer.
(5) You will live without violating the law. A conviction in a court of law shall not be necessary for such a violation to constitute a violation of your probation/community control.
(6) You will not associate with any person engaged in any criminal activity.
(7) You will not use intoxicants to excess or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed or used.
(8) You will work diligently at a lawful occupation, advise your employer of your probation status, and support any dependents to the best of your ability, as directed by your officer.
(9) You will promptly and truthfully answer all inquiries directed to you by the court or the officer, and allow your officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions your officer may give you.
(10) You will pay restitution, court costs, and/or fees in accordance with special conditions imposed or in accordance with the attached orders.

Page 1 of 4    The quality of this image is equivalent to the quality of the document filed in this office.



☐ Court Costs/Fines Waived
☐ Court Costs/Fines in the amount of _____ converted to _____ community service hours
☐ Court Costs/Fines in the amount of _____ reduced to civil judgment.

SPECIFIC INSTRUCTIONS FOR PAYMENT: _____

IT IS FURTHER ORDERED that the clerk of this court file this order in the clerk's office and provide certified copies of same to the officer for use in compliance with the requirements of law.

DONE AND ORDERED, on this ___9___ day of MAY, 2011

NUNC PRO TUNC MAY 2, 2011

SW                                        _____
                                          Don F. Briggs, Circuit Judge

I acknowledge receipt of a copy of this order and that the conditions have been explained to me and I agree to abide by them.

Date: _____

Instructed by: _____                    _____
              Supervising Officer                  Defendant

STATE OF FLORIDA, COUNTY OF LAKE
I HEREBY CERTIFY the above and foregoing is a true copy of the document filed in this office.
Neil Kelly, Clerk of Circuit Court
By _____ Deputy Clerk
Dated _____
This document may be redacted as required by law.

Page 4 of 4                                              P-6

Revised 05-26-10

**STATE OF FLORIDA**

-VS-

IRWIN HICKS
Defendant

Exhibit (4)
page 1 of 4

OFFICER: MONAHAN-051
IN THE FIFTH JUDICIAL
CIRCUIT COURT, IN AND FOR
LAKE COUNTY

CASE NUMBER 352010CF003056-01

DC NUMBER 765645

## ORDER OF DRUG OFFENDER PROBATION

This cause coming before the Court to be heard, and you, the defendant, being now present before the court, and you having

☒ entered a plea of guilty to

Count I: **POSSESSION OF COCAINE**

**SECTION 1: JUDGMENT OF GUILT**

☒ The court hereby adjudges you to be guilty of the above offense(s).

Now, therefore, it is ordered and adjudged that the imposition of sentence is hereby withheld and that you be placed on Drug Offender Probation for a period of **FIVE (5) YEARS, CONCURRENT WITH 10CF2916** under the supervision of the Department of Corrections, subject to Florida law.

IT IS FURTHER ORDERED that you shall comply with the following standard conditions of supervision as provided by Florida law:

(1) You will report to the probation office as directed, no later than the fifth day of each month, unless otherwise directed. You will make a full and truthful report to your officer on the form provided for that purpose.
(2) You will pay the State of Florida the amount of $50.00 per month, as well as 4% surcharge, toward the cost of your supervision in accordance with s. 948.09, F.S., unless otherwise exempted in compliance with Florida Statutes.
(3) You will remain in a specified place. You will not change your residence or employment or leave the county of your residence without first procuring the consent of your officer.
(4) You will not possess, carry or own any firearm. You will not possess, carry, or own any weapons without first procuring the consent of your officer.
(5) You will live without violating the law. A conviction in a court of law shall not be necessary for such a violation to constitute a violation of your probation/community control.
(6) You will not associate with any person engaged in any criminal activity.
(7) You will not use intoxicants to excess or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed or used.
(8) You will work diligently at a lawful occupation, advise your employer of your probation status, and support any dependents to the best of your ability, as directed by your officer.
(9) You will promptly and truthfully answer all inquiries directed to you by the court or the officer, and allow your officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions your officer may give you.
(10) You will pay restitution, court costs, and/or fees in accordance with special conditions imposed or in accordance with the attached orders.
(11) You will submit to random testing as directed by your officer or the professional staff of the treatment center where you are receiving treatment to determine the presence or use of alcohol, or controlled substances.
(12) You will submit a DNA sample, as directed by your officer, for DNA analysis as prescribed in ss. 943.325 and 948.014, F.S.
(13) You will report in person within 72 hours of your release from incarceration to the probation office in _____ County, Florida, unless otherwise instructed by the court or department. (This condition applies only if section 3 on the previous page is checked.) Otherwise, you must report immediately to the probation office located at _____.

Page 1 of 4

Revised 05-26-10

☐ Court Costs/Fines Waived
☐ Court Costs/Fines in the amount of _____ converted to _____ community service hours
☐ Court Costs/Fines in the amount of _____ reduced to civil judgment.

SPECIFIC INSTRUCTIONS FOR PAYMENT: _____

IT IS FURTHER ORDERED that the clerk of this court file this order in the clerk's office and provide certified copies of same to the officer for use in compliance with the requirements of law.

DONE AND ORDERED, on this ___9___ day of MAY 2011

NUNC PRO TUNC MAY 2, 2011

SW

_____
Don F. Briggs, Circuit Judge

I acknowledge receipt of a copy of this order and that the conditions have been explained to me and I agree to abide by them.

Date: _____

Instructed by: _____        Defendant _____
Supervising Officer

STATE OF FLORIDA, COUNTY OF LAKE
I HEREBY CERTIFY the above and foregoing
Is a true copy of the document filed in this office.
Neil Kelly, Clerk of Circuit Court
By _____ Deputy Clerk
Dated _____
This document may be redacted as required by law.

P-6

Page 4 of 4

Revised 05-26-10